## United States District Court
### Northern District of California

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

PAMELA LUNA,

      Defendant.

Case No.: CR 12-70449 MAG (KAW)

DETENTION ORDER

## I.  DETENTION ORDER

Defendant Pamela Luna is charged in a criminal complaint with violations of 21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A) (conspiracy to distribute and possess with the intent to distribute 5 kilograms or more of cocaine) and 18 U.S.C. § 924(c)(1)(A) (possession of a firearm in furtherance of a drug trafficking crime).  At the April 30, 2012 hearing before this Court, Defendant waived the timing of her right to proffer information at a detention hearing, *see* 18 U.S.C. § 3142(f), and also waived findings, while retaining her right to seek release at a later hearing should her conditions change.

## II.  CONCLUSION

The Court hereby detains Defendant, but because she has waived her right to present information under 18 U.S.C. § 3142(f) without prejudice to raising relevant information at a later hearing, the Court orders that the hearing may be reopened at Defendant's request at any future time.

Defendant shall remain committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable

opportunity for private consultation with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to a United States marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

Dated: May 1, 2012

_____
KANDIS A. WESTMORE
United States Magistrate Judge