MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RANDY S. LUSKEY (CABN 240915)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: randall.luskey@usdoj.gov

Attorneys for the United States

UNITED STATES MAGISTRATE COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>VICTOR HUGO SANCHEZ, MILTON GAMEZ FIERRO, JAMEX EUGENIO CORONEL, PAMELA LUNA, ALEJANDRO PARRA-SOLORIA, JAIME BARRERA OREGEL<br><br>    Defendants. | No. ~~CR~~ 4-12-70449-MAG<br><br>[~~PROPOSED~~] ORDER AND STIPULATION FOR CONTINUANCE FROM JULY 13, 2012 TO AUGUST 8, 2012 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) AND WAIVING TIME LIMITS UNDER RULE 5.1 |

On June 5, 2012, Magistrate Judge Kandis Westmore set a date of ~~August 8~~ July 13, 2012 for preliminary hearing or arraignment for defendants PARRA-SOLORIA, FIERRO, LUNA, and OREGEL. Throughout June of 2012, the government has made available to the defendants the electronic discovery (comprised of approximately 40 CDs containing audio and video recordings). As of today's date, the defendants have just recently obtained, and are in the process of translating the electronic discovery in this case. Defense counsel will need additional time to review the electronic discovery with their respective clients in order to make a fully informed decision about whether to agree to a pre-Indictment resolution or to proceed with their defenses.

After discussions between the government and counsel for the defendants, FIERRO, LUNA, OREGEL and PARRA-SOLORIA now believe it is in their best interests to postpone the preliminary hearing date to August 8, 2012 in order to afford them additional time to review the discovery materials in this case. With the agreement of FIERRO, LUNA, OREGEL and PARRA-SOLORIA and the government, and with the consent of FIERRO, LUNA, OREGEL and PARRA-SOLORIA, the Court enters this order scheduling an arraignment or preliminary hearing date of August 8, 2012 at 9:30 a.m. before the duty magistrate judge, and documenting the waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from July 13, 2012 to August 8, 2012 as to defendants FIERRO, LUNA, OREGEL and PARRA-SOLORIA. The parties agree, and the Court finds and holds, as follows:

1. FIERRO, LUNA, OREGEL and PARRA-SOLORIA agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

2. FIERRO, LUNA, OREGEL and PARRA-SOLORIA waive the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

4. Counsel for FIERRO, LUNA, OREGEL and PARRA-SOLORIA believe that postponing the preliminary hearing is in their clients' best interests, and that it is not in their clients' interest for the United States to indict the case during the normal timeline established in Rule 5.1.

5. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. Given these circumstances, the Court finds that the ends of justice served by excluding the period from July 13, 2012 to August 8, 2012 as to defendants FIERRO, LUNA, OREGEL and PARRA, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

6. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary hearing date before the duty magistrate judge on August 8, 2012 at 9:30 a.m., and (2) orders that the period from July 13, 2012 to August 8, 2012 as to defendants FIERRO, LUNA, OREGEL

and PARRA, be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: July 12, 2012
_____/s/_____
CHRISTOPHER CANNON
Attorney for Defendant ALEJANDRO PARRA-SOLORIA

DATED: July 12, 2012
_____/s/_____
BRIAN BERSON
Attorney for Defendant PAMELA LUNA

DATED: July 12, 2012
_____/s/_____
DAVID ANDERSEN
Attorney for Defendant MILTON GAMEZ FIERRO,

DATED: July 12, 2012
_____/s/_____
RANDY S. LUSKEY
Assistant United States Attorney

IT IS SO ORDERED.

DATED: July 12, 2012
_____
HON. DONNA M. RYU
United States Magistrate Judge

*[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Donna M. Ryu]*

3